IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

GREAT AMERICAN INSURANCE COMPANY
as subrogee of CABOT SCHOOL DISTRICT                    PLAINTIFF

V.                          4:08CV00578 JMM

COOPER LIGHTING, LLC, a Delaware Corporation
and LEVITION MANUFACTURING CO., INC.,
A New York Corporation                                  DEFENDANTS

## ORDER

Pending is Defendant Cooper Lighting LLC's Motion for Expert Scheduling Order. The Plaintiff has objected to the motion. After review of the pleadings, the Court finds that the Motion (Docket # 20 and # 24) should be DENIED at this time.

Also pending is the Plaintiff's Motion for Protective Order (Docket # 29). The Court will consider this motion after Defendants have had time to file their response.

IT IS SO ORDERED this 21st day of January 2009.

_____
James M. Moody
United States District Judge